# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>_____,<br>Defendant. | Mag No. _____<br><br>**ORDER** |

    Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, and as set forth on the record during the initial appearance of the defendant on this _____ day of _____, 2021, in the presence of both the prosecutor and defense counsel in this matter, the Court confirms the United States' continuing obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, the Court's order to produce information, the granting of a continuance, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

                                                                S/André M. Espinosa
                                                               Hon.